# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00366-CR

### In re Eddie Wiggins

### Original Proceeding

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator's "Motion for Writ of Mandamus," filed on October 17, 2025, is denied.

LEE HARRIS
Justice

OPINION DELIVERED and FILED:  October 23, 2025

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Petition denied
Do Not Publish
OT06

